381 A.2d 890

Commonwealth v. Applegate, Appellant.

Argued September 21, 1977. W. James, with him Leonard Rubin, for appellant; Denis P. Cohen, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.